UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHOSEN FIGURE LLC,

        Plaintiff,

v.

GARMENTORY INC.,

        Defendant.

C23-0942 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Chosen Figure LLC is DIRECTED to file, on or before July 20, 2023, an amended disclosure statement identifying its members or owners. *See* LCR 7.1(a)(1).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of July, 2023.

        Ravi Subramanian
        Clerk

        s/Laurie Cuaresma
        Deputy Clerk

MINUTE ORDER - 1