UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHOSEN FIGURE LLC, | CASE NO. C23-0942-KKE |
| Plaintiff, | ORDER |
| v. | |
| GARMENTORY INC, | |
| Defendant. | |

THIS MATTER came before the court on Plaintiff's Unopposed Motion for an Extension of Time to Move for Entry of Default Final Judgment. Dkt. No. 11. Having considered the motion, the Court hereby Orders that the motion is GRANTED, and the deadline to file a motion for entry of default final judgment is extended until October 22, 2023.

Dated this 25th day of September, 2023.

Kymberly K. Evanson
United States District Judge

ORDER - 1